OPINION — AG — A RECENT SUPREME COURT RULING, WHICH THE SYLLABUS STATED: (1) AN INSURANCE CONTRACT, MADE FOR THE PURPOSE OF FURTHERING ANY MATTER OR THING PROHIBITED BY STATUTE IS VOID, (2) THE COURTS WILL NOT COMPEL AN INSURANCE COMPANY TO ENTER INTO A VOID CONTRACT. . . . WE, THEREFORE, SUGGEST THAT THE INSURANCE COMMISSIONER CONSIDER THE ADVISABILITY OF AMENDING THE PROVISIONS OF SECT. 20 OF THE MOTOR VEHICLE ASSIGNED RISK PLAN. CITE: 36 O.S.H. 2, 36 O.S.H. 803, 47 O.S.H. 535 (FRED HANSEN)